IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JONNEL PERKINS** | **CRIMINAL NO. 21-___** <br> **DATE FILED:** <br> **VIOLATION:** <br> 18 U.S.C. § 656 (bank embezzlement by a bank employee – 1 count) <br> **Notice of Forfeiture** |

**I N F O R M A T I O N**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. Citizens Bank was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

2. Defendant Jonnel Perkins was an assistant manager at Citizens Bank, at 6324 Stenton Avenue, in Philadelphia, Pennsylvania.

3. From on or about June 25, 2019 through on or about September 26, 2019, in the Eastern District of Pennsylvania, defendant

**JONNEL PERKINS,**

being an employee, that is, a Retail Relationship Banker of Citizens Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, knowingly embezzled, abstracted, purloined, and

willfully misapplied approximately $207,450.00 in moneys and funds of, and money and funds intrusted to the custody and case of Citizens Bank.

In violation of Title 18, United States Code, Section 656.

## NOTICE OF FORFEITURE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1. As a result of the violation of Title 18, United States Code, Section 656, set forth in this information, defendant

**JONNEL PERKINS**

shall forfeit to the United States of America any property constituting, or derived from, proceeds she obtained directly or indirectly, as a result of such violation; including but not limited to the sum of $207,450.00.

2. If any of the property subject to forfeiture, as a result of any act or commission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(2).

_Ronald Sarack_ for

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

*No.*\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_

### UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

**JONNEL PERKINS**

INFORMATION

Count

**18 U.S.C. § 656 (bank embezzlement by a bank employee – 1 count)
Notice of Forfeiture**

A true bill.

_____
Foreman

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Clerk

Bail, $_____